**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 99-2060**

———

NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY,

Petitioner,

versus

WILLIAM D. SMITH; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES DEPART-
MENT OF LABOR,

Respondents.

———

On Petition for Review of an Order of the Benefits Review Board.
(No. 98-970-BLA)

———

Submitted: March 28, 2000         Decided: May 19, 2000

———

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Jonathan H. Walker, MASON, COWARDIN & MASON, Newport News, Vir-
ginia, for Petitioner. Robert E. Walsh, RUTTER, WALSH, MILLS &
RUTTER, L.L.P., Norfolk, Virginia, for Respondents.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Newport News Shipbuilding and Dry Dock Company seeks review of the Benefits Review Board's decision and order reversing the administrative law judge and granting temporary total disability benefits under the Long Shore and Harbor Workers Compensation Act. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>See</u> <u>Newport News Shipbuilding v. Smith</u>, No. 98-970-BLA (BRB Mar. 18 & June 24, 1999). We deny the motion for summary affirmance as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>